# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| HMV INDY I, LLC, a Delaware limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 1:19-cv-1148-JMS-TAB ) |
| HSB SPECIALTY INSURANCE COMPANY, a Connecticut company, | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S FED.R.CIV.P. 12(b)(6) MOTION TO DISMISS PLAINTIFF'S CAUSE OF ACTION FOR "BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING" IN ITS AMENDED COMPLAINT

**COMES NOW** Defendant, HSB Specialty Insurance Company ("HSB"), by and through counsel, and hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's, HMV Indy, LLC's ("Plaintiff") Cause of Action for "Breach of the Duty of Good Faith and Fair Dealing" in its Amended Complaint. In support of this Motion to Dismiss, HSB states as follows:

1. Plaintiff commenced this lawsuit with the filing of its original Complaint in this Federal District Court on March 21, 2019. *See, Dkt. #1.*

2. Less than twenty-one days after having filed and served its original Complaint, Plaintiff amended as a matter of course pursuant to Fed.R.Civ.P. 15(a)(1), and it filed its Amended Complaint on April 9, 2019. *See, Dkt. #18.*

3. HSB was thereafter served with Plaintiff's Amended Complaint, and HSB's counsel acknowledged same during a telephone call with one of Plaintiff's attorneys of record on April 19, 2019. During this call, the parties, through counsel, also agreed to extend the deadline for HSB's

responsive pleading to May 10, 2019, and HSB subsequently filed a Notice of Initial Extension of Time confirming same. *See, Dkt. #21.*

4. Plaintiff's Amended Complaint alleges three causes of action, but does not number the causes of action asserted. *See, Dkt. #18.*

5. Plaintiff's Amended Complaint does, however, title Plaintiff's three causes of action, and they are (in the order in which they appear in the pleading) as follows: "Breach of Contract" (paragraphs 43-47), "Breach of the Duty of Good Faith and Fair Dealing" (paragraphs 48-56), and "Claim for Declaratory Relief" (paragraphs 57-61). *Id. at Page ID #98-100.*

6. HSB is contemporaneously filing herewith its Answer and Affirmative Defenses to Plaintiff's Amended Complaint, including in particular its Answer and Affirmative Defenses to Plaintiff's first and third causes of action. *See, Dkt. #25.*

7. HSB is also filing the instant Motion to Dismiss, as well as the accompanying Memorandum of Law in support of its Motion as and for its response to Plaintiff's second cause of action for "Breach of the Duty of Good Faith and Fair Dealing." *See, Dkt. #26 and #27.*

8. As will be demonstrated in the accompanying Memorandum of Law in support of HSB's Motion to Dismiss, Plaintiff's second cause of action for "Breach of the Duty of Good Faith and Fair Dealing" fails to state a proper claim upon which relief may be granted and must be dismissed pursuant to Fed.R.Civ. Proc. 12(b)(6).

9. As is plainly evident on the face of Plaintiff's pleading, in particular by the allegations in paragraphs 48 through 56 of Plaintiff's Amended Complaint, Plaintiff's second cause of action for "Breach of the Duty of Good Faith and Fair Dealing" consists of mere threadbare recitals of the elements of the cause of action asserted and rests exclusively upon impermissible

conclusory accusations and/or mere legal conclusions, unbacked by any facts or factual allegations whatsoever. *(See, Dkt. # 18, Page ID #99-100.)*

10. Accordingly, Plaintiff's second cause of action for "Breach of the Duty of Good Faith and Fair Dealing" in its Amended Complaint must be dismissed.

**WHEREFORE,** for all of the foregoing reasons and those detailed in the accompanying Memorandum of Law, Defendant, HSB Specialty Insurance Company, prays that this Honorable Court grant this Motion to Dismiss and enter an Order pursuant to Fed.R.Civ.P. 12(b)(6) dismissing with prejudice Plaintiff's second cause of action for "Breach of the Duty of Good Faith and Fair Dealing" in its Amended Complaint.

Dated: May 10, 2019

Respectfully submitted,

Laura S. Reed
Laura S. Reed
Indiana Atty. No. 11652-49
**RILEY BENNETT EGLOFF LLP**
141 East Washington Street, Fourth Floor
Indianapolis, IN 46204
(317) 636-8000
(317) 636-8027 - fax
lreed@rbelaw.com

-And-

Edward W. Gleason
Illinois Atty. No. 6204438
**SENAK KEEGAN GLEASON & SMITH, LTD.**
566 West Adams Street
Suite 750
Chicago, Illinois 60601
(312) 214-1400
(312) 214-1401 - fax
egleason@skgsmlaw.com

**Attorneys for Defendant,
HSB Specialty Insurance Company**