# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| HMV Indy I, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>HSB Specialty Insurance Company, a Connecticut company,<br><br>    Defendant. | 1:19-cv-1148-JMS-TAB<br><br>**ORDER GRANTING JOINT MOTION TO STAY DEADLINES AND VACATE TRIAL DATE PENDING RESOLUTION OF THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

This matter came before the Court pursuant to the Joint Motion to Stay Deadlines and Vacate Trial Date Pending Resolution of the Parties' Cross-Motions for Summary Judgment ("Joint Motion") submitted by Plaintiff HMV Indy I, LLC ("HMV Indy") and Defendant HSB Specialty Insurance Company ("HSB Insurance"). [Doc. No. 95.] The Court, having considered the Parties' Joint Motion and all related filings and proceedings in this case, and being duly advised in the premises, hereby ORDERS as follows:

1. The parties' Joint Motion is GRANTED [95].

2. All remaining deadlines in this matter are hereby STAYED pending the Court's resolution of the parties' cross-motions for summary judgment. [*See* Doc. Nos. 86 and 91.] This includes the deadlines for submitting the objections and disclosures set forth in Sections III.H and III.I of the Third Amended Case Management Plan, as well as all other pretrial disclosures. [*See* Doc. No. 70.] This also includes the deadline for the parties to complete depositions of the disclosed expert witnesses.

3. The Court's October 9, 2020 Order Resetting Trial and Final Pretrial Conference is hereby VACATED. [Doc. No. 76.]

4. Upon this Court's issuance of its order on the parties' pending cross-motions for summary judgment, this Court will set this matter for a status conference. Based on the issues addressed at that status conference, the Court will set new deadlines for the parties to complete any desired expert witness depositions, Daubert motion practice and to submit their pretrial disclosures. The Court will also set a new trial date at that time.

BY THE COURT:

Date: 4/30/2021

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribtution via ECF.

2

DMNORTH #7559842 v1